1 | BENJAMIN B. WAGNER
United States Attorney
2 | KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone:  (559) 497-4000
5 |





JUN 0 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT CALIFORNIA
BY _____

6 |

7 |

8 |

9 |          IN THE UNITED STATES DISTRICT COURT FOR THE

10 |              EASTERN DISTRICT OF CALIFORNIA

11 |                              1: 11 CR 00188 OWW

12 | UNITED STATES OF AMERICA,      )   CASE NO.
                                   )
13 |            Plaintiff,          )   EX PARTE MOTION TO SEAL
                                   )   INDICTMENT PURSUANT
14 |       v.                       )   TO RULE 6(e), FEDERAL
                                   )   FEDERAL RULES OF
15 | GONZALO ESQUIVEL, et al.,      )   CRIMINAL PROCEDURE
                                   )
16 |            Defendants.         )
     _____)

17 |

18 |      The government moves the Court, pursuant to Rule 6(e) of the

19 | Federal Rules of Criminal Procedure, to order and direct that the

20 | Indictment returned by the Grand Jury on June 2, 2011, charging

21 | the above defendants with a violation of Title 21, United States

22 | Code, §§ 846, 841(a)(1)- Conspiracy to Distribute and Possess With

23 | Intent to Distribute Methamphetamine and other charges be kept

24 | secret until the defendants named in the Indictment are either in

25 | custody or have been given bail on these offenses; and further

26 | order that until such time as the defendants are in custody or

27 | have been given bail, that no person shall disclose the findings

28 |

                                    1

1 | of the Indictment or any warrants issued pursuant thereto, except

2 | when necessary for the issuance and execution of the warrants.

3 | DATED: June 2, 2011                    . Respectfully submitted,

4 |                                          BENJAMIN B. WAGNER
                                             United States Attorney

5 |                                          By
6 |                                             KIMBERLY A. SANCHEZ
                                             Assistant U.S. Attorney

7 |

8 | IT IS SO ORDERED this   2 day of June, 2011

9 |

10 |                                          U.S. Magistrate Judge

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |