1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone:  (559) 497-4077
5
6
7
8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    1:11-CR-00188 LJO
                                   )
12               Plaintiff,        )    ORDER TO UNSEAL INDICTMENT AND
                                   )    WARRANT OF ARREST
13       v.                        )
                                   )
14  GONZALO ESQUIVEL,              )
    KENNETH HERNANDEZ,             )
15  EFREN STEVE JIMINEZ, AND       )
    FELIPE GUTIERREZ               )
16                                 )
                     DEFENDANTS.   )
17

18

19       The indictment and warrant of arrest in this case, having been

20  sealed by Order of this Court, pursuant to Rule 6(e) of the Federal

21  Rules of Criminal Procedure, and it appearing that it no longer

22  need remain secret, it is HEREBY ORDERED that the indictment and

23  warrant be unsealed and made public record.

24

25  Dated: June  7 , 2011

26                                      _____
                                        U.S. Magistrate Judge
27

28

                                   1

**FILED**

JUN 07 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK