BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00188 LJO |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE |
| v. | |
| GONZALO ESQUIVEL, AKA "GUNNER," KENNETH HERNANDEZ, AKA "KENNY," EFREN STEVE JIMINEZ, AKA "GRANDE," AND GUSTAVO MORENO, AKA "GUS GUS," | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Steven B. Plesser, attorney for defendant Esquivel, Kyle Knapp, attorney for defendant Hernandez, Kelly Babineau, attorney for defendant Jiminez, David Fischer, attorney for defendant Moreno, and Robert Cassio, attorney for defendant Torres to move for the status conference currently set for June 27, 2011 to be continued to August 5, 2011 at 10:00 a.m.

1

Counsel have conferred, and counsel for defendants believe that additional time beyond June 27, 2011 will be necessary to review discovery. The government will be providing over 222 investigation reports, wiretap affidavits and associated documents for nine (9) different applications, audio and data from each of the court-authorized wiretaps, and miscellaneous additional discovery, a large majority of which will be sent at the beginning of the week of June 20, 2011 (pursuant to F.R.Crim.P. 16 and local rule 400, on June 15, 2011 discovery was ordered to be produced on or before June 29, 2011 (except with respect to defendant Torres for whom the discovery order was entered on June 14, 2011 making discovery due on or before June 28, 2011). Additionally, counsel have coordinated their schedules, and all counsel agree that August 5, 2011 is the first date upon which all counsel are available.

Counsel agree that the time between the signing of the requested order and August 5, 2011 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to review the voluminous discovery in order to determine whether they would like to request the Court to set a motion schedule or some additional proceeding and for continuity of counsel such that all defendants' counsel may appear. Moreover, the parties agree that due to the nature of the prosecution and the amount of discovery resulting from the investigation involving multiple wiretaps, pursuant to 18 U.S.C. §3161(h)(7)(B), the case is complex, and it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18

U.S.C. §3161.

Dated: June 20, 2011                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                    By   /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: June 20, 2011                     /s/ Steven B. Plesser

                                        STEVEN B. PLESSER
                                        Attorney for Gonzalo Esquivel

Dated: June 20, 2011                     /s/ Kyle Knapp
                                        KYLE KNAPP
                                        Attorney for Kenneth Hernandez

Dated: June 20, 2011                     /s/ David Fischer
                                        DAVID D. FISCHER
                                        Attorney for Gustavo Moreno

Dated: June 20, 2011                     /s/ Robert Cassio
                                        ROBERT CASSIO
                                        Attorney for David Torres

IT IS SO ORDERED.

**Dated:    June 20, 2011**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE