BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>GONZALO ESQUIVEL,<br>  AKA "GUNNER,"<br>KENNETH HERNANDEZ,<br>  AKA "KENNY,"<br>EFREN STEVE JIMINEZ,<br>  AKA "GRANDE," AND<br>GUSTAVO MORENO,<br>  AKA "GUS GUS,"<br><br>         Defendants. | CASE NO. 1:11-cr-00188 LJO<br><br>STIPULATION AND ORDER FOR<br>CONTINUANCE AND MOTION SCHEDULE |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Steven B. Plesser, attorney for defendant Esquivel, Kyle Knapp, attorney for defendant Hernandez, Kelly Babineau, attorney for defendant Jiminez, David Fischer, attorney for defendant Moreno, and Robert Cassio, attorney for defendant Torres to move for the status conference currently set for December 5, 2011 to be continued to March 12, 2012 at 1:00 p.m.

1    Counsel have conferred, and counsel for defendants believe that
2 additional time beyond December 5, 2011 will be necessary to review
3 discovery, conduct further investigation, and engage in further plea
4 negotiations as plea offers have been extended to all but 1
5 defendant.
6    Counsel have conferred, and further stipulate to and request
7 that the Court order the following motion schedule:
8    Motions to be filed on or before: January 30, 2012
9    Responses to be filed on or before: February 27, 2012
10    Replies to be filed on or before: March 5, 2012
11    Motion hearing/status conference: March 12, 2012 at 1:00 p.m.
12 The parties further stipulate and agree that should any party request
13 an evidentiary hearing on any motion, the party will indicate such
14 request in his/her pleading after consulting with the other parties
15 as to their availability and whether there is any opposition to such
16 a request.
17    Counsel agree that the time between the signing of the requested
18 order and March 12, 2012 will be excluded from the speedy trial
19 calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) in that the
20 defendants' and the public's interest in a speedy trial are
21 outweighed by the interests of justice in permitting counsel adequate
22 time to prepare for motions, and further action in the case, conduct
23 additional investigation, engage in further plea negotiations, and
24 for continuity of counsel such that all defendants' counsel may
25 ///
26 ///
27 ///
28 ///

appear.  Moreover, the parties previously agreed that due to the nature of the prosecution and the amount of discovery resulting from the investigation involving multiple wiretaps, pursuant to 18 U.S.C. §3161(h)(7)(B), the case is complex.

Dated: November 23, 2011          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                            By     /s/ Kimberly A. Sanchez
                                  KIMBERLY A. SANCHEZ
                                  Assistant U.S. Attorney

Dated: November 23, 2011           /s/ Steven B. Plesser


                                  STEVEN B. PLESSER
                                  Attorney for Gonzalo Esquivel

Dated: November 23, 2011           /s/ Kyle Knapp
                                  KYLE KNAPP
                                  Attorney for Kenneth Hernandez

Dated: November 23, 2011           /s/ David Fischer
                                  DAVID D. FISCHER
                                  Attorney for Gustavo Moreno

Dated: November 23, 2011           /s/ Robert Cassio
                                  ROBERT CASSIO
                                  Attorney for David Torres

IT IS SO ORDERED.

**Dated:   November 23, 2011**           /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE