KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
KENNETH HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>GONZALO ESQUIVEL,<br>KENNETH HERNANDEZ,<br>EFREN JIMINEZ,<br>GUSTAVO MORENO.<br><br>     Defendants. | No. 1:11-cr-188 LJO<br><br>STIPULATION AND<br>ORDER CONTINUING MOTION HEARING<br>AND STATUS CONFERENCE<br><br>Date:  June 18, 2012<br>Time:  1:00pm.<br>Judge:  Honorable Sheila K. Oberto |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kimberly Sanchez, Assistant United States Attorney, attorney for plaintiff, together with Kelly Babineau, attorney for defendant Efren Jiminez; Robert Cassio, attorney for defendant David Torres; David Fischer, attorney for defendant Gustavo Moreno; Kyle Knapp, attorney for defendant Kenneth Hernandez; and Steven Plesser, attorney for defendant Gonzalo Esquivel that the previously-scheduled motion hearing and status conference date, currently set for June 18, 2012, be vacated and that the matter be set for status conference on September 4, 2012 at 1:00 p.m.

1

Counsel have conferred and this continuance is requested to allow defense counsel additional time to further review discovery with the defendants, investigate possible defenses and to continue exploring the facts of the case. Unfortunately, the volume of discovery and press of business has hindered motion preparation for several of defense counsel. As counsel for defendant, Kenneth Hernandez, I was sent out on a homicide trial (People v. Isidoro-Ausencio) that is scheduled to be completed at the end of May. The trial unexpectedly began on April 10, 2012 as all counsel originally thought that the earliest that the trial would commence was late fall or winter 2013. However, due to an impending death penalty trial that the prosecutor was drafted to prosecute, we commenced on the first available date in April.

Other counsel have indicated that they are also having difficulties with the amount of discovery and motion preparation. Recent e-mails have foreshadowed additional discovery. In addition, despite valiant efforts we have not been able set up a convenient date to view the evidence in this matter. Several dates have been suggested and all are problematic. For all of the aforementioned reasons, it is respectfully requested that the motion hearing date in this matter be continued.

To that end, counsel have conferred and further stipulate to and request that the Court order the following motion schedule and hearing date:

Motions to be filed on or before July 18, 2012

Responses to be filed on or before August 20, 2012,

Replies to be filed on or before August 27, 2012

Motion hearing/status conference: Sept 4, 2012, in front of U.S. Magistrate Judge Sheila K. Oberto.

The parties agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, April 30, 2012 to and including September 4, 2012. Moreover, the parties previously agreed that due

to the nature of the prosecution and the amount of discovery resulting from the investigation involving multiple wiretaps, pursuant to 18 U.S.C. §3161(h)(7)(B), the case is complex.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

| Dated: April 27, 2012 | /s/ Kelly Babineau |
| | KELLY BABINEAU |
| | Attorney for Defendant |
| | EFREN JIMINEZ |

| Dated: April 27, 2012 | /s/ Robert Cassio |
| | ROBERT CASSIO |
| | Attorney for Defendant |
| | DAVID TORRES |

| Dated: April 27, 2012 | /s/ David D. Fischer |
| | DAVID D. FISCHER |
| | Attorney for Defendant |
| | GUSTAVO MORENO |

| Dated: April 27, 2012 | /s/ Kyle R. Knapp |
| | KYLE KNAPP |
| | Attorney for Defendant |
| | KENNETH HERNANDEZ |

| Dated: April 27, 2012 | /s/ Steven Plesser |
| | STEVEN PLESSER |
| | Attorney for Defendant |
| | GONZALO ESQUIVEL |

| Dated: April 27, 2012 | U.S ATTORNEY'S OFFICE |
| | by: /s/ Kimberly Sanchez |
| | KIMBERLY SANCHEZ |
| | Assistant U.S. Attorney |
| | Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within

the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the case is complex and that a failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, April 27, 2102, to and including September 4, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 (reasonable time for defense counsel to prepare), 18 U.S.C. §3161(h)(7)(B), and Local Code T2 (complex case).

It is further ordered that the June 18, 2012, status conference/motion hearing date be continued until September 4, 2012, at 1 p.m., with motions to be filed on or before July 18, 2012, responses on or before August 20, 2012, and replies filed on or before August 27, 2012.

IT IS SO ORDERED.

Dated:   **May 1, 2012**                              **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE