STEVEN B. PLESSER (SBN 161615)
REICHEL & PLESSER LLP
455 Capitol Mall, Ste. 350
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (916) 441-6553
E-Mail: steve@reichellaw.com

Attorney for Defendant
GONZALO ESQUIVEL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GONZALO ESQUIVEL, et al <br><br> Defendant. | No. 1:11-cr-00188-LJO <br><br> STIPULATION AND ORDER CONTINUING SENTENCING HEARING & BRIEFING SCHEDULE FOR OBJECTIONS TO PSR <br><br> Proposed Date: Nov. 4, 2013. <br> Judge: Honorable Lawrence J. O'Neill |

  IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kimberly Sanchez, Assistant United States Attorney, attorney for plaintiff, together with Steven Plesser, attorney for defendant Gonzalo Esquivel, that the previously-scheduled sentencing date of September 30, 2013 and associated briefing schedule for objections to the PSR be vacated, and that the matter be set for sentencing on November 4 with a new briefing schedule as follows: informal objections due 10/14; final PSR due 10/21; formal objections due 10/28.

  This continuance is requested to allow defense counsel additional time to arrange for defendant's transportation from Bakersfield (Lerdo facility) to U.S. Marshal's lock-up in Fresno to confer with counsel prior to responding to the draft PSR. The draft PSR was not made available until 08/26/13 and defense counsel has not had a free day to travel to Fresno to confer

with defendant in the limited time since it was made available. Defense counsel's schedule has been unusually burdened because defense counsel missed several weeks of work in July and August due to an injury suffered to his cervical spine and is only recently fully back to work. As such, defense counsel has three jury trials scheduled before the end of October and is diligently preparing for the trials and catching up on missed work. The prosecution also anticipates being in trial during the month of October.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated:  October 3, 2011                                    /s/ Steven B. Plesser
                                                           STEVEN PLESSER
                                                           Attorney for Defendant
                                                           GONZALO ESQUIVEL

Dated:  October 3, 2011                       by:          /s/ Steven B. Plesser for
                                                           KIMBERLY SANCHEZ
                                                           Assistant U.S. Attorney
                                                           United States Attorney's Office
                                                           Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds additional time is appropriate for defense counsel to prepare objections to the PSR and finds it is appropriate to continue the date for Sentencing.

The Court orders as follows: the Sentencing hearing is continued until November 4, 2013; informal objections to the draft PSR are due October 14, 2013; the final PSR is due October 21, 2013; formal objections to the PSR are due October 28, 2013.

IT IS SO ORDERED.

   Dated:   **September 6, 2013**                          /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE